IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | * * * |
| 13413 YORKTOWN DRIVE, BOWIE, MARYLAND | * Case No. GLS-19-1100 * * |

*******

## MOTION TO UNSEAL SEARCH WARRANT

The United States of America by and through its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Dana J. Brusca, Assistant United States Attorney for said District, hereby moves this Court in the above-captioned matter to unseal the Search Warrant, Search Warrant Application, Supporting Affidavit, and any motions or orders related thereto in the above referenced case. The investigation pursuant to which the warrant was sought has been charged and unsealed by the United States Attorney's Office for the Eastern District of Michigan. *See United States v. Freeman*, 19-cr-20246-DPH. Consequently, there is no longer a need to keep the documents related to the above-captioned matter under seal.

WHEREFORE, it is respectfully requested that the Government's Motion to Unseal be granted.

Respectfully submitted,

Robert K. Hur
United States Attorney

Dana J. Brusca
Assistant United States Attorney

It is so ORDERED, this 13th day of May, 2019.

Charles B. Day
United States Magistrate Judge