AO 93 (Rev. 11/13) Search and Seizure Warrant          DJB Duty/mcd

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>13413 YORKTOWN DRIVE,<br>BOWIE, MARYLAND | )<br>)<br>)   Case No. GLS-19-1100<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Maryland _____
*(identify the person or describe the property to be searched and give its location)*:

13413 YORKTOWN DRIVE, BOWIE, MARYLAND

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before  May 22, 2019  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ on Duty USMJ _____.
                                                                                                     *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   5/8/19; 3:45pm          _____
                                                                                *Judge's signature*

City and state:     Greenbelt, Maryland           Gina L. Simms, United States Magistrate Judge
                                                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: GLS-19-1100 | Date and time warrant executed: 05/09/2019 062 Hrs | Copy of warrant and inventory left with: MIA & RAYMOND RUSSELL |
| Inventory made in the presence of: RAYMOND RUSSELL | | |

Inventory of the property taken and name of any person(s) seized:

Laptop Samsung and Power Cord
Laptop HP
Trezor
Learner's Permit P-620-402-765-404
Wells Fargo Debit Card - 9925
Black iPhone cracked
Silver iPhone & Cable
Rose iPhone
White iPhone cracked
Silver iPhone taped
Miscellaneous documents
Insland Professional Solid State Drive

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/09/2019

_____
Executing officer's signature

Daniel Beresh    Special Agent
Printed name and title